IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00455–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSEPH A. FERONA, JR.,

      Defendant.

---

### ORDER AND NOTICE OF SETTINGS

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a seven-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **March 12, 2007**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is <u>February 9, 2007</u>.  All responses shall be filed by <u>February 16, 2007</u>.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 4:00 o'clock p.m. on Friday, **March 2, 2007**.  The deadline for submitting the plea agreement and statement of facts

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday,

<u>February 28, 2007</u>.

Dated: January 5, 2007