IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  Date: February 1, 2007
Therese Lindblom, Court Reporter

Criminal Action No. 06-cr-00455-EWN

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Kenneth Harmon

    Plaintiff,

v.

1.  JOSEPH A. FERONA, JR.,  Virginia Grady

    Defendant.

---

## COURTROOM MINUTES

---

**Hearing Regarding Motion to Continue**

**3:29 p.m.**     Court in session.

Appearances of counsel. Special Agent Peter Hunger is also present at Government's table. Defendant is present.

Court's findings.

**ORDERED: 1.**      **Defendant's Motion to Reschedule Jury Trial and for Computation of Excludable Time Under the Speedy Trial Act (#20, filed January 17, 2007) is GRANTED.**

**ORDERED: 2.**      **Trial date of March 12, 2007, is VACATED.**

*Courtroom Minutes*
*06-cr-00455-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

Court's speedy trial findings. Court finds at least 90 days are excludable, in addition to, separate from the time which is, or has been, or may become excludable, under any other provision of the Speedy Trial Act.

**ORDERED:   3.      Counsel shall obtain a new trial date from chambers.**

**3:33 p.m.**      Court in recess.

Hearing concluded.

Total time: 00:04