IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00455–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSEPH A. FERONA, JR.,

      Defendant.

## <u>SECOND</u> ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a seven-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **June 18, 2007**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is <u>May 18, 2007</u>.  All responses shall be filed by <u>May 25, 2007</u>.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 9:00 o'clock a.m. on Friday, **June 8, 2007**.  The deadline for submitting the plea agreement and statement of facts

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, June 6, 2007.

Dated: February 1, 2007