IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00455-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSEPH A. FERONA, JR.,

    Defendant.

## **ORDER**

THIS MATTER coming before the Court upon motion of the government to dismiss Counts 1 through 7 and Counts 9 through 37 of the Indictment in the above-captioned, and the Court having considered the same and being otherwise duly advised in the premises,

IT IS HEREBY ORDERED that Counts 1 through 7 and Counts 9 through 37 of the Indictment in the above-captioned case be and hereby are dismissed.

SO ORDERED at Denver, Colorado this 9th day of October, 2007.

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              CHIEF UNITED STATES DISTRICT JUDGE