| PROB 22 (D\CO 01/03) | | DOCKET NUMBER 06-cr-00455-EWN-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | RECEIVED APR 2 0 2012 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY_____ DEPUTY | DOCKET NUMBER A 12 CR 167 LY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Joseph A. FERONA, Jr. | DISTRICT District of Colorado | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Edward W. Nottingham | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 01/06/12 — TO 01/05/15 |

OFFENSE
Mail Fraud and Aiding and Abetting, 18 U.S.C. §§ 1341 and 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF TEXAS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/27/12_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

_April 20, 2012._
Effective Date

_[signature]_
United States District Judge